# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHRISTOPHER MARTIN

VERSUS

ISC CONSTRUCTORS, L.L.C. AND
CINTAS CORPORATION

NO.  2023 CW 0073

**MARCH 13, 2023**

---

In Re:    ISC Constructors, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 669821.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

*a.c.nD*

DEPUTY CLERK OF COURT
FOR THE COURT